431-15
432-15
433-15

CCA #   13-13-00544-CR

OFFENSE:  Habeas Corpus

STYLE:  Ex Parte Markus Antonius Green v.

COUNTY:  De Witt

TRIAL COURT:        24th District Court

TRIAL COURT #:      90-1-7951 & 90-1-7951-A

TRIAL COURT JUDGE:  Hon. Kemper Stephen Williams

DISPOSITION: Affirmed

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____          DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: March 12, 2015
JUDGE: Chief Justice Valdez

CLK RECORD: ____X_____

RPT RECORD: ___X_____

STATE BR: _____

APP BR: _____

SUPP CLK RECORD ___X_____

SUPP RPT RECORD ___X_____

SUPP BR _____

PRO SE BR _____X_____

431-15
432-15
433-15

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

------------------------

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___Refused_____
DATE: __06/24/15_____
JUDGE: __Per Curiam_____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____